# SOL KODSI
**Attorney At Law**
111 John Street, Suite 800
New York, New York 10038
Tel (212) 240-9704     Fax (212) 385-4198
sol@kodsilaw.com

January 16, 2018

**Via ECF**

Magistrate Judge Cheryl L. Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Ashford Locke Builders v. GM Contractors Plus Corp.,
               v. Secured Insurance Agency, Inc., and Maritza L. Roman
               Civil Action No. 17-3439
               Letter Motion to Adjourn Conference Scheduled for 1/18/18

Dear Magistrate Judge Cheryl L. Pollack:

     I represent defendant/third-party plaintiff, GM Contractors Plus Corp. I am writing with the consent of plaintiff's attorney, Bob Sesti, Esq., and third-party defendant's attorney, Angie Lin, Esq.

     As we had previously indicated to the court at our last conference, we were awaiting the appearance of the third-party defendant, Secured Insurance Agency. I spoke with Ms. Lin this morning, and she indicated that her firm will be appearing for Secured Insurance Agency, and requested a 30 day extension to file their answer.

     Accordingly, we would respectfully request to adjourn the conference to a date in late February so that all parties can be present. I believe all sides are available the week of February 26th.

     Thank you for your consideration of this request.

                                                             Sincerely,

                                                             Sol Kodsi , Esq.